No. 97–5712. NESBITT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5718. SHERRILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5722. AMER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5723. BURK v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS. C. A. 10th Cir. Certiorari denied.

No. 97–5724. JOHNSON v. ROBBINSDALE INDEPENDENT SCHOOL DISTRICT No. 281 ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–5726. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5731. NOBLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5733. DAVIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5734. FARUQ, AKA WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5739. GLENDORA v. SULLIVAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–5740. MINER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5741. ALVIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5743. STOCKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5744. FLY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5747. THOMAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5749. GAYTAN-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.